# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>  v.<br><br>BRIAN SEWELL and ROCKWELL CAPITAL MANAGEMENT LLC,<br><br>          Defendants. | Civil Action No. 1:24-cv-00137(MN) |

## NOTICE OF CONSENTS OF DEFENDANTS BRIAN SEWELL AND ROCKWELL CAPITAL MANAGEMENT LLC

Plaintiff Securities and Exchange Commission ("Commission"), by and through its undersigned counsel, hereby submits the consents of defendants Brian Sewell and Rockwell Capital Management LLC (collectively, "Defendants"), which are attached hereto as Exhibits A and B, respectively. These documents reflect the terms of settlement agreements between the Commission and the Defendants. We respectfully request that the Court enter the proposed consent judgments, which are attached as Exhibits C and D. If approved and entered by the Court, the proposed consent judgments would fully resolve the Commission's case against the Defendants.

Date: February 8, 2024

Respectfully submitted,

/s/ Karen M. Klotz
Gregory R. Bockin
Karen M. Klotz
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1617 John F. Kennedy Boulevard, Suite 520
Philadelphia, PA 19103
Tel: (215) 597-3100
klotzk@sec.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of February 2024, I caused a true and correct copy of the foregoing Notice of Consents and Proposed Final Judgments to be served via email upon the following:

      Jeffrey Smith, Esq.
      Founder & Managing Attorney
      LawVisory
      1250 Connecticut Ave NW Suite 700
      Washington, DC 20036
      jsmith@lawvisory.com
      *Counsel for defendants Brian Sewell and Rockwell Capital Management LLC*

      /s/ Karen M. Klotz
      Karen M. Klotz